# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LEOVEGILDO MARCELINO ZACARIAS, ) ) ) Petitioner, ) ) vs. ) ) ATTORNEY GENERAL, et al., ) ) Respondents. ) | Case No. CIV-06-1411-F |

## ORDER

In this action petitioner seeks habeas relief under 28 U.S.C. § 2241. Petitioner appears *pro se,* and his pleadings are liberally construed.

Magistrate Judge Valerie K. Couch entered her Report and Recommendation in this matter on May 2, 2007. (Doc. no. 25.) In that Report, the magistrate judge recommended that the petition be dismissed as moot because petitioner is no longer in the custody of the Immigration and Customs Enforcement and has voluntarily departed from the United States. The Report further advised petitioner of his right to file an objection to the Report by May 22, 2007. No objection has been filed, and no request for any additional extensions have been made. The Report also advised that failure to make timely objection to the Report waives the right to appellate review of the factual and legal issues addressed in the Report.

After review of the Report, the record, and the relevant authorities, and with there being no objection, the court finds and concludes that it concurs with the magistrate judge's determinations and that no purpose would be served by repeating those determinations, or any analysis, here.

Accordingly, the Report and Recommendation of Magistrate Judge Valerie K. Couch is **ACCEPTED**, **ADOPTED**, and **AFFIRMED** in its entirety. For the reasons stated in the Report, the petition for a writ of habeas corpus is **DISMISSED** as moot.

Dated this 7th day of June, 2007.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

06-1411p002(pub).wpd